IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TAYLOR, #291 115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO 2:16-cv-190-WHA |
| | ) | |
| VALENCIA LOCKHART, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #11), entered on April 27, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's Motion to Dismiss Defendants Graves and Baker (Doc. #9) is GRANTED.

2.  Defendants Graves and Baker are DISMISSED with prejudice as parties to this Complaint.

3.  This case with respect to the remaining Defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this 23rd day of May, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE