IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER TAYLOR, #291 115, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-190-WHA |
| ) | [WO] |
| VALENCIA LOCKHART, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 22, 2017, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 25. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion to dismiss (Doc. 23) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to filing this case;

2. This case is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy before seeking relief from this court.

3. No costs are taxed.

Final Judgment will be entered in favor of Defendants.

Done this 19th day of September, 2017.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE